# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

DANIEL L FLEMMING,

    Plaintiff,

v.                                CASE NO. 1:13-cv-00150-MP-GRJ

CAROLYN W COLVIN,

    Defendant.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated April 29, 2014. (Doc. 18).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  Petitioner has filed objections at Doc. 19.  I have made a de novo review based on those objections.

Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted.   The Administrative Law Judge properly considered all of plaintiff's impairments alone and in combination.  Even though the ALJ did not identify Listing 12.03 by name, the hearing decision makes clear that the ALJ considered the elements included in the listing, such as "delusions", "incoherence", and "inappropriate affect" but specifically found no medically documented persistence of them, either continuous or intermittent.  Instead, the ALJ properly found that the episodes were not

persistent but rather self-induced by drug abuse and the failure to comply with proper medication.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The decision of the Commissioner, denying benefits, is AFFIRMED.

**DONE AND ORDERED** this   *10th* day of September, 2014

                                       *s/Maurice M. Paul*
                                  Maurice M. Paul, Senior District Judge